No. 333. JOSEPH MILLER, *v.* W. B. ELLIS, et al; from Forsythe.   Appeal by defendants.
*Per Curiam:* New trial ordered.

---

No. 335.  M. O. JAMES, et al, *v.* EUGENE S. WITHERS, et al; from Stokes.   Appeal by defendants.
*Per Curiam:* Judgment below affirmed.

---

No. 338.  JOSEPH G. MILLER, *v.* W. B. ELLIS & Co., from Forsythe.   Appeal by plaintiff.
*Per Curiam:* New trial ordered.

---

No. 355.  STATE *v.* MERIT CAIN; from Catawba.  Appeal by the State.
*Per Curiam:* Dismissed on motion of Attorney General.

---

No. 355 A.  STATE *v.* HEZEKIAH DICKSON, et al; from Burke.   Appeal by the State.
*Per Curiam:* Appeal dismissed on motion of Attorney General.

---

No. 356:  STATE *v.* J. R. HAGAMAN; from Caldwell. Appeal by defendant.
*Per Curiam:* New trial ordered.

---

No. 358.  STATE *v.* LEWIS BUTNER; from Yancey.  Appeal by defendant.
*Per Curiam:* Appeal dismissed under Rules 16 and 30.